**Order entered October 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00835-CV

### EX PARTE CHARLES FERRIS

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-01805-2019**

## ORDER

Before the Court is appellee's September 30, 2019 motion to substitute counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Andrew Morris of The Coffey Firm as appellee's counsel and substitute J. Edward Niehaus of Bodkin Niehaus Dorris & Jolley PLLC in his place.

/s/     BILL WHITEHILL
JUSTICE